IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITE HERE, LOCAL 1, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | |
| HYATT CORPORATION, d/b/a ) | |
| HYATT REGENCY CHICAGO, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiff, UNITE HERE, LOCAL 1 ("Local 1"), by its attorneys, Richard McCracken of Davis, Cowell & Bowe, LLP and Margaret Angelucci of Asher, Gittler & D'Alba, Ltd. complains of Defendant, THE HYATT CORPORATION, d/b/a/ HYATT REGENCY CHICAGO ("HRC") of its failure to enforce a final and binding arbitration decision, and alleges as follows:

## JURISDICTION & VENUE

1. This matter arises under the laws of the United States and this Court has jurisdiction of this matter pursuant to § 301 of the Labor Management Relations Act, ("LMRA") 29 U.S.C. § 185, and 28 U.S.C. § 1337.

2. Venue is proper in this judicial district pursuant to 29 U.S.C. § 185(a).

3. Local 1 is a labor organization within the meaning of § 301 of the LMRA and maintains its principal office in Chicago, Illinois. Local 1 is the collective bargaining representative of certain employees of HRC.

4. HRC is an employer in an industry affecting commerce within the meaning of §301 of the LMRA and provides hotel and convention services in Chicago, Illinois.

1

**FACTS**

5.At all times relevant to this action, Local 1 and HRC were parties to a collective bargaining agreement effective September 1, 2013 through August 31, 2018 attached as Attachment A ("the CBA") .

6.Section 46 of the CBA sets forth a procedure for the adjustment of grievances arising under the CBA, which provides that grievances not settled between HRC and Local 1 shall be submitted to final and binding arbitration.

7.On November 21, 2013, Local 1 filed a grievance protesting the performance of bargaining unit work by management in the Convention Services Department in violation of, among other things, Section 56 of the CBA ("the CS grievance").

8.The CS grievance was processed through the contractual grievance procedure and advanced to arbitration. Arbitrator George Fleischli was selected to hear the CS grievance.

9.Arbitrator Fleischli issued his final and binding decision on February 2, 2015 which ordered, among other things, HRC to cease and desist from future violations of Section 56 of the CBA. The Fleischli decision is attached as Attachment B.

10.The Fleischli Arbitration Award draws its essence from the CBA.

11.On November 5, 2013, Local 1 filed a grievance protesting the performance of bargaining unit work by management in the Bellman Department in violation of, among other things, Section 56 of the CBA ("the Bellman Grievance").

12.On March 18, 2014, Local 1 filed a grievance protesting the performance of bargaining unit work by management throughout all HRC departments in violation of, among other things, Section 56 of the CBA (the "general grievance").

13. The bellmen and general grievances were consolidated for hearing and processed through the contractual grievance procedure and advanced to arbitration. Arbitrator Ann Kenis was selected to hear the consolidated bellmen and general grievance.

14. Arbitrator Kenis issued her final and binding decision on March 1, 2015 which, among other things, ordered HRC to cease and desist from future violations of Section 56 of the CBA. The Kenis decision is attached as Attachment C.

15. The Kenis Arbitration Award draws its essence from the CBA.

16. Since Arbitrator Fleischli issued his decision, HRC has failed and refused and continues to fail and refuse to comply with or otherwise be bound by the Fleischli Arbitration decision.

17. On May 4, 2015, HRC counsel stated that the cease and desist order issued by Arbitrator Fleischli was "worthless."

18. Since Arbitrator Kenis issued her decision, HRC has failed and refused and continues to fail and refuse to comply with or otherwise be bound by the Kenis Arbitration decision.

19. HRC's refusal to comply with the Fleischli and Kenis cease and desist awards and HRC's continued violations of Section 56 included, but are not limited to;

      a. On February 8, 2015, HRC managers were performing the work of bargaining unit housemen in the Convention Services Department by removing trash, resetting equipment in banquet rooms and resetting linens.

      b. On February 17, 2015, HRC managers were performing the work of bargaining unit store room clerks in the Purchasing Department. by retrieving items from storage and delivering items throughout the hotel.

      c. On February 25, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department by brewing coffee and taking and filling customer orders.

d. On February 26, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department, by brewing coffee and taking and filling customer orders.

e. On February 29, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department, by brewing coffee and taking and filling customer orders.

f. On March 5, 2015, HRC managers were performing the work of bargaining unit cooks and banquets stewards in the HRC kitchens and banquet areas located in the Food & Beverage Department by performing food preparation, and plating food.

g. On March 6, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department, by brewing coffee, taking and filling customer orders, maintaining the cleanliness of the outlet, stocking perishable and non-perishable items, and cashiering duties.

h. On March 6, 2015, HRC managers were performing the work of bargaining unit hostesses in American Craft, which is an outlet in the Food & Beverage Department, by greeting and seating guests, taking reservations, and taking to go orders.

i. On March 7, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department by taking and filling customer orders and replenishing perishable supplies for customer use.

j. On March 7, 2015, HRC managers were performing the work of bargaining unit hostesses in American Craft, which is an outlet in the Food & Beverage Department by greeting and seating guests, taking reservations, and taking to go orders.

k. On March 9, 2015, HRC managers were performing the work of bargaining unit housemen in the Convention Services Department by transporting equipment.

l. On March 14, 2015 HRC managers were performing the work of bargaining unit storeroom clerks in the purchasing area located in the Food & Beverage Department by retrieving, transporting and distributing supplies.

m. On April 1, 2015 HRC managers were performing the work of bargaining unit utility stewards in the Food & Beverage Department by storing supplies.

n. On April 4, 2015 HRC managers were performing the work of bargaining unit linen runners in the Housekeeping Department by transporting linens and pillows for delivery to guests.

o. On April 17, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department by brewing coffee.

p. On April 21, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department, by brewing coffee, taking and filling customer orders, maintaining the cleanliness of the outlet, stocking perishable and non-perishable items, and cashiering duties.

q. On April 22, 2015, HRC managers were performing the work of bargaining unit housemen in the Convention Services Department by setting up and breaking down equipment to create a overflow location for Market Chicago

r. On April 22, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department, by brewing coffee, taking and filling customer orders, maintaining the cleanliness of the outlet, stocking perishable and non-perishable items, and cashiering duties at a overflow location for Market Chicago.

s. On April 23, 2015, HRC managers were performing the work of bargaining unit housemen in the Convention Services Department by setting up and breaking down equipment to create a overflow location for Market Chicago.

t. On April 23, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department, by brewing coffee, taking and filling customer orders, maintaining the cleanliness of the outlet, stocking perishable and non-perishable items, and cashiering duties at a overflow location for Market Chicago.

u. On April 24, 2015, HRC managers were performing the work of bargaining unit housemen in the Convention Services Department by setting up and breaking down equipment to create a overflow location for Market Chicago.

5

v.  On April 24, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department, by brewing coffee, taking and filling customer orders, maintaining the cleanliness of the outlet, stocking perishable and non-perishable items, and cashiering duties at a overflow location for Market Chicago.

w.  On April 23, 2015 HRC managers were performing the work of bargaining unit housemen in the Convention Services Department by setting up, breaking down and removal of equipment from banquet rooms.

x.  On April 30, 2015 HRC managers were performing the work of bargaining unit housemen in the Convention Services Department and public area attendants in the Housekeeping Department by removing and transporting trash receptacles from the public areas and banquet rooms.

y.  On April 30, 2015 HRC managers were performing the work of bargaining unit banquet stewards in the stewarding area, which is part of the Food & Beverage Department by transporting flatware from storage to the kitchens.

z.  On May 1, 2015 HRC managers were performing the work of bargaining unit housemen in the Housekeeping Department by receiving, transferring and storing departmental supplies.

aa.  On May 2, 2015 HRC managers were performing the work of bargaining unit housemen, runners and linen runners in the Housekeeping Department by receiving, transferring and distributing departmental supplies.

bb.  On May 2, 2015 HRC managers were performing the work of bargaining unit overnight public area cleaners in the Housekeeping Department by maintaining the cleanliness of the exterior grounds.

cc.  On May 3, 2015 HRC managers were performing the work of bargaining unit overnight public area cleaners in the Housekeeping Department by cleaning the front of the bar areas in American Craft, an outlet in the Food & Beverage Department.

dd.  On May 3, 2015 HRC managers were performing the work of bargaining unit banquet stewards in the Food & Beverage Department by transporting equipment.

ee.  On May 4, 2015 HRC managers were performing the work of bargaining unit special project housemen in the Housekeeping Department by retrieving and delivering supplies and distributing supplies to staff

ff. On May 4, 2015 HRC managers were performing the work of bargaining unit overnight public area cleaners in the Housekeeping Department by maintaining the cleanliness of the exterior grounds.

gg. On May 6, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department by taking and filling customer orders.

hh. On May 7, 2015, HRC managers were performing the work of bargaining unit attendants in Market Chicago, which is an outlet in the Food & Beverage Department by brewing coffee, taking and filling customer orders, maintaining the cleanliness of the outlet, stocking perishable and non-perishable items, and cashiering duties.

ii. On May 7, 2015, HRC managers were performing the work of bargaining unit banquet servers in Food & Beverage Department by serving food to guests in a banquet room.

jj. On May 8, 2015 HRC managers were performing the work of bargaining unit special project housemen in the Housekeeping Department by cleaning and reorganizing the housekeeping storage area and transporting recycling bins..

kk. On May 8, 2015 HRC managers were performing the work of bargaining unit housemen in the Convention Services Department by resetting equipment in the public areas of the hotel.

ll. On May 9, 2015 HRC managers were performing the work of bargaining unit housemen in the Convention Services Department by loading and transporting equipment

mm. On May 16, 2015, HRC managers were performing the work of bargaining unit special project housemen in the Housekeeping Department by delivering supplies to and restocking the storage area.

nn. On May 18, 2015, HRC managers were performing the work of bargaining unit special project housemen in the Housekeeping Department by delivering supplies to and stocking the storage area and transporting certain items for one storage area to another.

oo. On May 20, 2015, HRC managers were performing the work of bargaining unit linen runners in the Housekeeping Department by transporting supplies for use by the housekeeping staff.

7

WHEREFORE, Local 1 requests this Court to issue an Order as follows:

A. Confirming Arbitrator Fleischli's final and binding decision;

B. Confirming Arbitrator Kenis's final and binding decision;

C. Awarding Local 1 its reasonable costs and attorneys fees incurred in this matter; and

D. Granting such further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Richard McCracken
Richard McCracken
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
(415) 597-7200


/s/Margaret Angelucci
Margaret Angelucci
ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
(312) 263-1500