# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Unite Here, Local 1,

Plaintiff(s),

v.

Hyatt Corporation,

Defendant(s).

Case No.  15 C 4507
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: in favor of plaintiff on plaintiff's motion for judgment on the pleadings.  Defendant's motion to compel arbitration or for judgment on the pleadings is denied.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion for judgment on the pleadings by the plaintiff.

Date:  11/13/2015

Thomas G. Bruton, Clerk of Court

George Schwemin , Deputy Clerk